FILED
CLERK, U.S. DISTRICT COURT
AUG 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRAVON LEON FREEMAN,<br>    Petitioner,<br>    v.<br>DERRAL G. ADAMS, Warden,<br>    Respondent. | Case No. CV 09-08661 JST (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*.

IT IS ORDERED that:

1. The court finds the arguments raised in the Objections are either patently frivolous or fail to show any of the findings and conclusions in the R&R are legally or factually erroneous. Accordingly, the Objections are overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3. Any pending motions are denied as moot and terminated.

///
///

1 | IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this
2 | Order and the Judgment on all counsel or parties of record.

Dated: 8/23, 2010

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE