ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAVON LEON FREEMAN,<br>    Petitioner,<br>  v.<br>DERRAL G. ADAMS, Warden,<br>    Respondent. | Case No. CV 09-08661 JST (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 23 2010

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY